**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Marvin BOSTON, Jr., Defendant–Appellant.**

**No. 14–12511 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 17, 2015.

Linda Julin McNamara, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Vincent A. Citro, Orlando, FL, for Plaintiff–Appellee,

Judy K. Hunt, Law Office of Judy K. Hunt, St. Petersburg, FL, Marvin Boston, Jr., Fpc Pensacola, Pensacola, FL, for Defendant–Appellant.

Before MARCUS, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Judy K. Hunt, appointed counsel for Marvin Boston Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Boston's convictions and sentences are **AFFIRMED.**